```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| ALFONSE SESSA, | CIVIL ACTION NO. 05-4370 (MLC) |
| Plaintiff, | **MEMORANDUM OPINION** |
| v. | |
| UNIVERSAL ORLANDO RESORT, et al., | |
| Defendants. | |

**THE COURT** having issued an order to show cause why the action should not be (1) remanded to New Jersey Superior Court, Ocean County, for lack of jurisdiction under 28 U.S.C. § 1332, or (2) transferred under 28 U.S.C. § 1404 to the United States District Court for the Middle District of Florida (dkt. entry no. 3); and the Court being advised that the parties have settled their dispute; and thus the Court intending to (1) vacate the order to show cause, and (2) dismiss the complaint without prejudice to reopen if the settlement is not consummated; and the parties being advised — in order to protect their interests — they may still submit a stipulation of dismissal in this action, even though the action will be marked as closed by the Clerk of the Court; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                                  s/ Mary L. Cooper
                                                  **MARY L. COOPER**
                                                  United States District Judge